# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE KERRY
LOUISE EARLEY, DISTRICT JUDGE,
Respondents,
and
AARON WILLARD FRYE,
Real Party in Interest.

No. 76297

**FILED**

SEP 1 4 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This petition for a writ of mandamus seeks an order directing the district court to vacate its order extending the deadline to file a pretrial petition for a writ of habeas corpus. Based upon our review of the documents before us, we decline to exercise our original jurisdiction in this matter. *See* NRS 34.160; *Smith v. District Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that the issuance of a writ of mandamus is discretionary). Accordingly, we

ORDER the petition DENIED.

_____ , J.
Cherry

_____ , J.
Parraguirre

_____ , J.
Stiglich

18-35968

cc: Hon. Kerry Louise Earley, District Judge
Attorney General/Carson City
Clark County District Attorney
Clark County Public Defender
Eighth District Court Clerk